NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES JENKINS, DOC #248761,          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D17-2805
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____  )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate-Ley, Judge.

PER CURIAM.

            Affirmed.


NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.